**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-02282-REB-CBS

COLONIAL SAVINGS, F.A., Federal Savings Association,

    Plaintiff,

v.

PUBLIC SERVICE EMPLOYEES CREDIT UNION, doing business as PUBLIC SERVICE CREDIT UNION, a Colorado nonprofit corporation,
NORLARCO CREDIT UNION, a Colorado nonprofit corporation, and
THE NATIONAL CREDIT UNION ADMINISTRATION, as liquidating agent for Norlarco Credit Union,

    Defendants.

---

**MINUTE ORDER**[1]

---

    The matter comes before the court on the **Motion For Summary Judgment on Plaintiff's Claims by Defendant, Public Service Employees Credit Union** [#73] filed October 30, 2009.  The motion is **STRICKEN** for failure to comply with REB Civ. Practice Standard V.B.1.

    Dated:  November 2, 2009

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.