**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-02282-REB-CBS

COLONIAL SAVINGS, F.A., Federal Savings Association,

    Plaintiff,

v.

PUBLIC SERVICE EMPLOYEES CREDIT UNION, doing business as PUBLIC SERVICE CREDIT UNION, a Colorado nonprofit corporation,
NORLARCO CREDIT UNION, a Colorado nonprofit corporation, and
THE NATIONAL CREDIT UNION ADMINISTRATION, as liquidating agent for Norlarco Credit Union,

    Defendants.

## MINUTE ORDER[1]

    Defendant Public Service Employee's Credit Union's (PSECU) **Motion To Vacate Minute Order and Grant Relief Concerning Defendant's Motions for Summary Judgment** [#80], filed November 4, 2009, is **GRANTED IN PART**. PSECU's request for an expansion of the page limitation applicable under REB Civ. Practice Standard V.I.4 is **GRANTED**, and PSECU may file summary judgment motions totaling 30 pages. PSECU's **Amended Motion for Summary Judgment on Plaintiff's Claims by Defendant, Public Service Employees Credit Union** [#79], filed November 4, 2009, is accepted for filing as timely filed. PSECU's **Motion To Vacate Minute Order and Grant Relief Concerning Defendant's Motions for Summary Judgment** [#80], filed November 4, 2009, otherwise is **DENIED**.

    Dated November 5, 2009

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.