**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-02282-REB-CBS

COLONIAL SAVINGS, F.A., Federal Savings Association,

    Plaintiff,

v.

PUBLIC SERVICE EMPLOYEES CREDIT UNION, doing business as PUBLIC SERVICE CREDIT UNION, a Colorado nonprofit corporation,
NORLARCO CREDIT UNION, a Colorado nonprofit corporation, and
THE NATIONAL CREDIT UNION ADMINISTRATION, as liquidating agent for Norlarco Credit Union,

    Defendants.

---

## MINUTE ORDER[1]

---

    The matter comes before the court on the **Unopposed Motion To Withdraw Defendant's Motion [133] Under F.R.Civ.P. Rule 54(d)(2) and Rule 11 For an Award of Attorneys' Fees Against Plaintiff** [#144] filed March 24, 2010. The motion is **GRANTED**, and **Defendant's Motion Under F.R.Civ.P Rule 54(d)(2) and Rule 11 For an Award of Attorneys' Fees Against Plaintiff** [#133] filed February 12, 2010, is **WITHDRAWN**.

    Dated: March 25, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.